VENTERS, J.,
CONCURRING IN RESULT ONLY:
I concur in the result reached by the Majority, but I believe it is unnecessary to invoke the “special” case writ. As the majority holds, the trial court’s disqualification of Appellants’ trial counsel on the mere appearance of a conflict of interest, rather than a finding of an actual conflict of interest, was error. However, I am satisfied that the erroneous disqualification of one’s trial counsel does irreparable damage to the attorney-client relationship, an injury for which there exists no adequate remedy by way of appeal or otherwise. Therefore, I believe Appellant’s are entitled to relief under the more conventional “second-class” writ recognized in Hoskins. I would reserve the “special” case writ for circumstances that more generally jeopardize the orderly administration of justice in the Commonwealth.